# EXHIBIT B

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

SECOND JUDICIAL DISTRICT AT BARROW

| | |
|---|---|
| JOHN M. MONNIN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| FORREST OLEMAUN, in his official capacity as Chief Administrative Officer, North Slope Borough, and the North Slope Borough, | ) ) ) ) |
| Defendants. | ) ) ) Case No: 2BA-18-0079 CI |

### REMOVAL NOTICE

TO: Plaintiff John M. Monnin:

PLEASE TAKE NOTICE that, pursuant to the provisions of 28 U.S.C. § 1446(d), the Notice of Removal, a copy of which is attached hereto as Exhibit A, effecting the removal for all purposes of *John M. Monnin v. Forrest Olemaun and the North Slope Borough*, Case No. 2BA-18-0079 CI, to the United States District Court for the District of Alaska from Superior Court for the State of Alaska, Second Judicial District at Barrow, was duly filed on June 6th, 2018, with the clerk of the district court for the District of Alaska.

DATED this 6th day of June, 2018.

_____
Thomas Amodio, Bar No. 851142
REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage, AK 99501
Tel: (907) 222-7100
Fax: (907) 222-7199
*tom@reevesamodio.com*

REEVES AMODIO LLC
500 L STREET, SUITE 300
ANCHORAGE, ALASKA 99501-1990
PHONE (907) 222-7100, FAX (907) 222-7199

*Attorneys for Defendants North Slope Borough
And Forrest Olemaun*

**CERTIFICATE OF SERVICE**
I certify that that a copy of the foregoing was mailed/emailed and/or faxed this 6th day of June, 2018 to the following:

| | |
|---|---|
| Robert Campbell<br>Caliber Law Group<br>Po Box 1303<br>Barrow, AK 99723<br>(877) 654-9334 (fax)<br>caliberlawgroup@gmail.com | Isaac Derek Zorea<br>Attorney at Law<br>P. O. Box 210434<br>Anchorage, AK 99521<br>(907) 677-3779 (fax)<br>Izorea@gmail.com |

_/s/_

REEVES AMODIO LLC
500 L STREET, SUITE 300
ANCHORAGE, ALASKA 99501-1990
PHONE (907) 222-7100, FAX (907) 222-7199

REMOVAL NOTICE
*John M. Monnin v. Forrest Olemaun and North Slope Borough et al*
CASE NO: 2BA-18-0079 CI  PAGE 2 OF 2

Case 2:18-cv-00003-JWS   Document 1-2   Filed 06/07/18   Page 3 of 3